IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 1:18-00093-01

MICHAEL JUSTIN BAILEY


MEMORANDUM OPINION AND ORDER

On February 13, 2020, defendant filed a motion "asking to have his case reviewed and to be appointed counsel." ECF No. 75. In that motion, defendant asked to have his sentence reviewed considering the recently decided case of Davis v. United States, 139 S. Ct. 2319 (2019). Less than two months later, defendant filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct his Sentence based on Davis. See ECF No. 76.[1] ECF No. 75 is therefore **DENIED** as moot.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to defendant and counsel of record.

**IT IS SO ORDERED** this 8th day of May, 2026.

ENTER:

David A. Faber
Senior United States District Judge

---

[1] Defendant's § 2255 motion was ultimately denied. See ECF Nos. 105, 106.